# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

CELLECT, LLC., a Colorado Limited Liability Company,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, and SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation,

    Defendants.

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF CELLECT, LLC

Pursuant to Rule 7.l of the Federal Rules of Civil Procedure, Plaintiff Cellect, LLC ("Cellect") states it is a Colorado limited liability company with its principal place of business at 3134 Wyandot St., Denver Colorado 80211-3825. It is a wholly owned subsidiary of Micro-Imaging Solutions LLC ("MIS"), also based in Denver, Colorado. No publicly held corporation has an ownership interest of 10% or more in either Cellect or MIS as of the date of this filing.

DATED this 14th day of February, 2019

By:    *s/ Paul J. Andre*
       Paul J. Andre
       KRAMER LEVIN NAFTALIS &
       FRANKEL, LLP
       990 Marsh Road
       Menlo Park, CA 94025
       T: (650) 752-1700
       pandre@kramerlevin.com

*s/ Jonathan S. Caplan*
Jonathan S. Caplan
*s/ Marcus A. Colucci*
Marcus A. Colucci
KRAMER LEVIN NAFTALIS &
FRANKEL, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
jcaplan@kramerlevin.com
mcolucci@kramerlevin.com

*s/ Kenneth F. Eichner*
Kenneth F. Eichner
THE EICHNER LAW FIRM
3773 Cherry Creek Drive North
West Tower, Suite 900
Denver, CO 80209
ken@eichnerlaw.com

Attorneys for Plaintiff Cellect, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14 day of February, 2019 I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF CELLECT, LLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered with this case.

                                      *s/ Michael Delcour*