IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00438-DDD-CYC

CELLECT, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, and
SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation,

    Defendants.

---

**MOTION TO WITHDRAW**

---

The Defendants, by and through their attorneys, Arnold & Porter Kaye Scholer, LLP ("Arnold & Porter") and Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin"), respectfully move for leave of Court to withdraw attorney Scott Taylor, as counsel of record in this matter. In support of this motion, Defendants state as follows:

1. Attorney Scott Taylor has passed away.

2. Defendants will continue to be represented by Evan Rothstein with Arnold & Porter and Steven Pepe, Kevin Post and Alexander Middleton with Sheppard Mullin.

WHEREFORE, Defendants respectfully request that the court enter an order permitting the withdrawal of Scott Taylor as counsel of record in this matter.

1

Dated: October 7, 2025

Respectfully submitted,

*/s/ Evan Rothstein*
Evan Rothstein
ARNOLD & PORTER KAYE SCHOLER
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370
Telephone: (303) 863-2308
Facsimile: (312).583-2360
Evan.Rothstein@arnoldporter.com

Steven Pepe
Kevin J. Post
Alexander Middleton
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
spepe@sheppardmullin.com
kpost@sheppardmullin.com
amiddleton@sheppardmullin.com

*Attorneys for Defendants*
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, a true and correct copy of the foregoing **MOTION TO WITHDRAW** was filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Evan Rothstein*
Evan Rothstein