# EXHIBIT 8



Member Login | Contact Us | Our Blog

Specifications ▾   Membership ▾   Resources ▾   News & Events ▾   About Us ▾   Join MIPI

# MIPI CSI-2®

MIPI Camera Serial Interface 2

DEVELOPED BY: CAMERA WORKING GROUP

A widely adopted, high-speed protocol for transmission of still and video images from image sensors to application processors

## Quick Facts

| Advantages | › |
| Physical Layers | › |
| Use Cases | › |

## Get the Specification

| Current Version | › |
| Conformance Test Suite | › |
| Related Specifications & Code | › |
| Previous Versions | › |

## Industries



## Overview

MIPI CSI-2®, originally introduced in 2005, is the world's most widely implemented embedded camera and imaging interface. It has achieved widespread adoption for its ease of use and ability to support a broad range of high-performance applications, including 1080p, 4K, 8K and beyond video, and high-resolution photography.

Designers should feel comfortable using MIPI CSI-2 for any single- or multi-camera implementation in far-ranging application spaces such as mobile, augmented and virtual reality, drones, the Internet of Things (IoT), medical devices, industrial systems, automobiles and client devices such as tablets, notebooks and all-in-ones.

The CSI-2 specification is available only to MIPI Alliance members. For information about joining MIPI Alliance, visit Join MIPI.

The CSI-2 specification is available only to MIPI Alliance members. For information about joining MIPI Alliance, visit **Join MIPI**.

## Fundamental Features

- High performance
- Low power
- Low electromagnetic interference (EMI)

## Implementation

CSI-2 is lane-scalable and typically implemented on either a **MIPI C-PHY℠** or **MIPI D-PHY℠** physical-layer interface for shorter-reach applications, but it also can be implemented over the **MIPI A-PHY®** long-reach SerDes interface (up to 15m) for use in such applications as automotive advanced driver-assistance systems (ADAS) and in-vehicle infotainment, as well as industrial IoT.

All versions of CSI-2 are backward compatible with previous versions.

## Key CSI-2 Features

The CSI-2 interface offers a wide range of other valuable performance attributes:

- The option to use up to **32 virtual channels** accommodates the proliferation of image sensors with multiple data types, and supports multi-exposure and multi-range sensor fusion for applications such as enhanced collision avoidance in automotive.
- **Latency Reduction and Transport Efficiency (LRTE)** provides image-sensor aggregation without adding to system cost; facilitates real-time perception, processing and decision-making; and optimizes transport to reduce the number of wires, toggle rate and power consumption.
- **Differential Pulse Code Modulation (DPCM) compression** reduces bandwidth while delivering superior SNR images devoid of compression artifacts for mission-critical vision applications.
- **Scrambling** reduces Power Spectral Density (PSD) emissions, minimizes radio interference and allows further reach for longer channels.
- **Smart Region of Interest (SROI)** for analyzing images, inferencing algorithms and making better deductions could enable machines on a factory floor, for example, to more quickly identify potential defects on a conveyor belt, or medical devices to more surely recognize anomalies such as tumors.
- **Unified Serial Link (USL)** encapsulates connections between an image sensor module and application processor to reduce the number of wires needed in IoT, automotive and client products for productivity and content creation, such as all-in-one and notebook platforms.
- The capability of the **Camera Control Interface (CCI) to work with the MIPI I3C/I3C Basic** interface supports advanced imaging performance requirements for auto focus and optical image stabilization (OIS), among other applications.

## Version Updates

**MIPI CSI-2 v4.2**
Adopted 15 December 2025, MIPI CSI-2 v4.2 incorporates clarifications and editorial fixes for Multi-Pixel Compression (MPC) pseudo-code, adds new features for CSI-2 D-PHY ECM support, and incorporates a new market request for standardizing CSI-2 protocol support for event-based vision sensors which will help further expand the growing Event Sensing and Processing (ESP) market.

**MIPI CSI-2 v4.1**
Version 4.1 added enhanced support for applications leveraging artificial intelligence (AI) or requiring ultra-low energy consumption. Key updates included:



- **Alignment with MIPI C-PHY v3.0:** CSI-2 v4.1 offers protocol support to align with C-PHY v3.0's new 18-Wire-State Mode coding option and other benefits, such as reduced link requirements and lower electromagnetic interference (EMI), when they become available to members.

MIPI CSI-2 v4.1 added enhanced support for applications leveraging artificial intelligence (AI) or requiring ultra-low energy consumption. Key updates included:

- **Alignment with MIPI C-PHY v3.0:** CSI-2 v4.1 offers protocol support to align with C-PHY v3.0's new 18-Wire-State Mode coding option and other benefits, such as reduced link requirements and lower electromagnetic interference (EMI), when they become available to members.
- **Reduced energy consumption:** CSI-2 over C-PHY will enable lower symbol rates or lane counts for existing use cases, or higher frame rates for new use cases involving very high-end cameras and sensors, such as AI-assisted scene analytics inferencing.
- **Expanded support for Always-On Sentinel Conduit (AOSC):** Version 4.1 of CSI-2 adds normal I3C read commands as another option for reading AOSC image frames while in an I3C High Data Rate (HDR) mode to further simplify implementation.
- **Addition of annex sections:** Version 4.1 includes high-data-width PHY Protocol Interface (PPI) examples for both C-PHY and MIPI D-PHY.

MIPI CSI-2 v4.0.1
Version 4.0.1 replaced MIPI deprecated technical terms with more inclusive wording.

MIPI CSI-2 4.0
CSI-2 v4.0 delivered significant updates designed to enable greater capabilities for machine awareness across multiple application spaces. It is also the first to support transmission of CSI-2 image frames over the low-cost, low-pin-count MIPI I3C®/I3C Basic℠ two-wire interface. New features included:

- **Always-On Sentinel Conduit (AOSC),** which enables always-on machine vision systems in which combinations of ultra-low-power image sensors and video signal processors (VSPs) can continuously monitor their surrounding environments and then wake their higher-power host central processing units (CPUs) only when significant events happen. AOSC enables image frames to be economically streamed from an image sensor to a VSP over a low-power MIPI I3C bus in a highly efficient manner, with scaling options to add extra I3C lanes and bandwidth as defined by the I3C specification.
- **Multi-Pixel Compression (MPC),** which provides optimized pixel compression for the latest generation of very-high-resolution Tetra-Cell and Nona-Cell image sensors with multi-pixel color filter arrays (CFAs).
- **RAW28 color depth pixel encoding,** which supports unprecedented image quality and superior signal-to-noise (SNR) ratio in the next generation of high-dynamic-range automotive image sensors for safety-critical applications. (Previous versions offer support for up to RAW 24.)

## Diagrams & Tables

*Click to enlarge*

| Feature | v1.1 | v1.2 | v1.3 | v2.0 | v2.1 | v3.0 | v4.0 |
|---|---|---|---|---|---|---|---|
| Basic image frame transmission using short frame synchronization packets, long data packets, at least one virtual channel, and a MIPI PHY physical layer | • | • | • | • | • | • | • |
| MIPI D-PHY version reference*/bit rate per lane | v1.1/1.5 Gbps | v1.2/2.5 Gbps | v1.2/2.5 Gbps | v2.1/4.5 Gbps | v2.1/4.5 Gbps | v2.5/4.5 Gbps | v3.0/9.0 Gbps |
| MIPI C-PHY version reference*/bit rate per lane | – | – | v1.0/3.9 Gbps | v1.2/8.0 Gbps | v1.2/8.0 Gbps | v2.0/13.7 Gbps | v2.1/13.7 Gbps |
| MIPI A-PHY version reference* (using PAL/CSI-2 v1.0) | – | – | – | – | – | – | v1.1/16 Gbps |
| Limit on number of data lanes per D- or C-PHY serial link | 4 | None | None | None | None | None | None |
| I2C Fast-mode Camera Control Interface (CCI) | • | • | • | • | • | • | • |
| CCI support for I2C Fast-mode Plus | – | – | – | – | • | • | • |
| CCI support for I3C SDR and HDR-DDR modes | – | – | – | – | – | • | • |
| Short Packet Data Types Synchronization: Frame Start and Frame End, Line Start and Line End; Generic User-Defined (8 data types) | • | • | • | • | • | • | • |
| Long Packet Data Types Pixels: YUV(422,420); RGB(888,666,565,555,444); RAW(6,7,8,10,12,14) User-Defined, Byte-Based Data (8 data types) Null, Blanking, and Embedded Data | • | • | • | • | • | • | • |
| Additional RAW pixel data types | – | – | – | 16, 20 | 16, 20 | 16, 20, 24 | 16, 20, 24, 28 |
| Generic, user-defined, long packets (4 data types) | – | – | – | – | • | • | • |
| DPCM compression: 10-(8,7,6)-10 and 12-(8,7,6)-12 | • | • | • | • | • | • | • |
| DPCM compression: 12-10-12 | – | – | – | • | • | • | • |
| Virtual channel and data type long packet interleaving | • | • | • | • | • | • | • |
| Maximum number of virtual channels (using D-/C-PHY) | 4/- | 4/- | 4/4 | 16/32 | 16/32 | 16/32 | 16/32 |
| Latency Reduction and Transport Efficiency (LRTE) | – | – | – | • | • | • | • |
| LRTE with End-of-Transmission short packets (EoTp) | – | – | – | – | – | • | • |
| Long packet data scrambling | – | – | – | • | • | • | • |
| Smart Region of Interest (SROI) | – | – | – | – | – | • | • |
| Universal Serial Link (USL) | – | – | – | – | – | • | • |
| Always-On Sentinel Conduit (AOSC) | – | – | – | – | – | – | • |
| Multi-Pixel Compression (MPC) | – | – | – | – | – | – | • |
| Functional safety support (via CSE v1.0 specification) | – | – | – | – | – | – | • |

\* Indicates which MIPI PHY specification is referenced in the MIPI CSI-2 release.
The release may also be forward / backward compatible with other versions of the indicated PHY.

# Resources

## Resources for Developers

Webinar: MIPI CSI-2 Over D-PHY & C-PHY: Advancing Imaging Conduit Solutions

MIPI Presentations at embedded world North America 2025

MIPI CSI-2 Session at the 2025 Embedded Vision Summit

MIPI Sessions at the 2025 embedded world Exhibition & Conference

MIPI White Paper: A Guide to the MIPI Camera Security Framework for Automotive Applications

MIPI Camera Week - Exploring Imaging System Design Considerations for CSI-2 Over D-PHY and C-PHY

## Press Releases

MIPI C-PHY v3.0 Adds New Encoding Option to Support Next Generation of Image Sensor Applications
May 7, 2025 at 9:00 AM

MIPI Specifications for Embedded Vision, Sensing, Display, Audio and Flash Memory Featured at embedded world Conference
February 12, 2025 at 9:00 AM

MIPI Alliance Releases Camera Security Specifications for Flexible End-to-End Protection of Automotive Image Sensor Data
October 29, 2024 at 9:00 AM

MIPI聯盟將舉辦Taipei Demo Day
August 13, 2024 at 11:46 AM

MIPI Demo Day Taipei to Showcase Members' Solutions and Offer Sessions on Automotive, Camera and MIPI I3C Specifications
August 6, 2024 at 9:00 AM

## MIPI Alliance Blog

What's New in MIPI Security: MIPI CCISE and Security for Debug
January 14, 2026 at 11:00 AM

Latest Version of C-PHY Introduces Support for 18-Wirestate Mode Encoding Option
May 8, 2025 at 4:28 PM

Coming This Month: Two Days, Six Webinars – Explore MIPI Specifications in Next-Generation Automotive E/E Architectures
May 1, 2024 at 11:00 AM

MIPI Automotive Solutions To Be Highlighted During DesignCon's Drive World Track
January 17, 2024 at 10:00 AM

Join Us Next Week for an Exploration of CSI-2 System Design
November 22, 2023 at 10:45 AM

## Whitepapers

MIPI White Paper: A Guide to the MIPI Camera Security Framework for Automotive Applications
October 2, 2024 at 11:34 AM

Updated - MIPI White Paper: An Introductory Guide to

## Conference Presentations

MIPI Presentations at embedded world North America 2025

MIPI CSI-2 Session at the 2025 Embedded Vision Summit



## Whitepapers

**MIPI White Paper: A Guide to the MIPI Camera Security Framework for Automotive Applications**
October 2, 2024 at 11:34 AM

**Updated - MIPI White Paper: An Introductory Guide to MIPI Automotive SerDes Solutions (MASS)**
October 1, 2023 at 12:00 AM

**MIPI White Paper: Driving the Wires of Automotive: MIPI specifications in automotive and the MIPI A-PHY solution**
October 8, 2019 at 7:33 PM

## Conference Presentations

**MIPI Presentations at embedded world North America 2025**

**MIPI CSI-2 Session at the 2025 Embedded Vision Summit**

**MIPI Sessions at the 2025 embedded world Exhibition & Conference**

**MIPI Keynote at inVISION Days 2024: MIPI CSI-2 Imaging Conduit Developments for Machine Vision Applications**

**MIPI Demo Day Taipei Education Sessions**

## Webinars

**MIPI CSI-2 over D-PHY & C-PHY: Advancing Imaging Conduit Solutions**

**MIPI Automotive Webinar Series: Exploring the MIPI Specifications Supporting Next-Generation Automotive E/E Architectures**

**MIPI Camera Week - Exploring Imaging System Design Considerations for CSI-2 Over D-PHY and C-PHY**

**2023 MIPI CSI-2 Security Forum**

**2022 MIPI Automotive Workshop**

## Articles

**MIPI CSI-2 Provides The Backbone Of Automotive Sensor Networks**
December 11, 2025 at 12:00 AM

**A New Generation of Endoscopes in Medical Technology**
July 29, 2025 at 12:00 AM

**How a Standardized Approach Can Accelerate Development of Safety and Security in Automotive Imaging Systems**
June 25, 2025 at 12:00 AM

**Why Standardized SerDes Interfaces Are Essential for In-Vehicle Networks**
June 17, 2025 at 12:00 AM

**New Camera Security Framework Addresses Security Requirements for Automotive and Other Embedded Applications**
February 10, 2025 at 11:59 AM

---

**About Us**

**Manufacturer ID Page**

**Contact Us**

**Subscribe to News Updates**

**Membership**

**Visit Our Blog**

**Member Login**

**Specifications**

**Events**

**Privacy Policy**

**Disclaimer**

MIPI Alliance, Inc. does not endorse companies or their products. No liability can be accepted by MIPI Alliance, Inc., its directors or employees for any loss occasioned to any person or entity acting or failing to act as a result of anything contained in or omitted from the content of this material.

© 2026 MIPI Alliance | All rights reserved.

MIPI White Paper: A Guide to the MIPI Camera Security Framework for Automotive Applications
October 2, 2024 at 11:34 AM

Updated - MIPI White Paper: An Introductory Guide to MIPI Automotive SerDes Solutions (MASS)
October 1, 2023 at 12:00 AM

MIPI White Paper: Driving the Wires of Automotive: MIPI specifications in automotive and the MIPI A-PHY solution
October 8, 2019 at 7:33 PM

MIPI Presentations at embedded world North America 2025

MIPI CSI-2 Session at the 2025 Embedded Vision Summit

MIPI Sessions at the 2025 embedded world Exhibition & Conference

MIPI Keynote at inVISION Days 2024: MIPI CSI-2 Imaging Conduit Developments for Machine Vision Applications

MIPI Demo Day Taipei Education Sessions

## Webinars

MIPI CSI-2 over D-PHY & C-PHY: Advancing Imaging Conduit Solutions

MIPI Automotive Webinar Series: Exploring the MIPI Specifications Supporting Next-Generation Automotive E/E Architectures

MIPI Camera Week - Exploring Imaging System Design Considerations for CSI-2 Over D-PHY and C-PHY

2023 MIPI CSI-2 Security Forum

2022 MIPI Automotive Workshop

## Articles

MIPI CSI-2 Provides The Backbone Of Automotive Sensor Networks
December 11, 2025 at 12:00 AM

A New Generation of Endoscopes in Medical Technology
July 29, 2025 at 12:00 AM

How a Standardized Approach Can Accelerate Development of Safety and Security in Automotive Imaging Systems
June 25, 2025 at 12:00 AM

Why Standardized SerDes Interfaces Are Essential for In-Vehicle Networks
June 17, 2025 at 12:00 AM

New Camera Security Framework Addresses Security Requirements for Automotive and Other Embedded Applications
February 10, 2025 at 11:59 AM

---

About Us

Manufacturer ID Page

Contact Us

Subscribe to News Updates

Membership

Visit Our Blog

Member Login

Specifications

Events

Privacy Policy

Disclaimer

MIPI Alliance, Inc. does not endorse companies or their products. No liability can be accepted by MIPI Alliance, Inc., its directors or employees for any loss occasioned to any person or entity acting or failing to act as a result of anything contained in or omitted from the content of this material.

© 2026 MIPI Alliance | All rights reserved.