# EXHIBIT 11

# List of Samsung tablets

2 languages

Article  Talk                                                                 Read  Edit  View history  Tools

From Wikipedia, the free encyclopedia

This is a **list of tablets produced by Samsung**.

Samsung announced its first tablet, the Android-powered Galaxy Tab 7.0, in September 2010.[1] Since then, it has produced a number of tablets, including the Galaxy Tab series, the Galaxy Book series, and the Galaxy View series. It has also released three tablets under the Galaxy Note moniker, a brand that was also used for releasing a number of smartphones. Samsung has also released a number of co-branded tablets, such as the Nexus 10 (with Google) and a number of Nook-branded Galaxy tablets with Barnes & Noble.


Samsung tablet computer

## Mainstream Android tablets [edit]

### Flagship tablets [edit]

- Samsung Galaxy Tab 7.0
- Samsung Galaxy Tab 7.0 Plus
- Samsung Galaxy Tab 7.7
- Samsung Galaxy Tab 8.9
- Samsung Galaxy Tab 10.1
- Samsung Galaxy Tab 2 7.0
- Samsung Galaxy Tab 2 10.1
- Samsung Galaxy Tab 3 7.0
- Samsung Galaxy Tab 3 8.0
- Samsung Galaxy Tab 3 10.1
- Samsung Galaxy Tab 4 7.0
- Samsung Galaxy Tab 4 8.0
- Samsung Galaxy Tab 4 10.1
- Samsung Galaxy Note 8.0
- Samsung Galaxy Note 10.1
- Samsung Galaxy Note 10.1 2014 Edition
- Samsung Galaxy Note Pro 12.2
- Samsung Galaxy Tab Pro 8.4
- Samsung Galaxy Tab Pro 10.1
- Samsung Galaxy Tab Pro 12.2
- Samsung Galaxy Tab S 8.4
- Samsung Galaxy Tab S 10.5
- Samsung Galaxy Tab S2 8.0
- Samsung Galaxy Tab S2 9.7
- Samsung Galaxy Tab S3
- Samsung Galaxy Tab S4
- Samsung Galaxy Tab S5e
- Samsung Galaxy Tab S6
- Samsung Galaxy Tab S6 Lite
- Samsung Galaxy Tab S7
- Samsung Galaxy Tab S7+
- Samsung Galaxy Tab S7 FE
- Samsung Galaxy Tab S8
- Samsung Galaxy Tab S8+
- Samsung Galaxy Tab S8 Ultra

- Samsung Galaxy Tab S7
- Samsung Galaxy Tab S7+
- Samsung Galaxy Tab S7 FE
- Samsung Galaxy Tab S8
- Samsung Galaxy Tab S8+
- Samsung Galaxy Tab S8 Ultra
- Samsung Galaxy Tab S6 Lite 2022
- Samsung Galaxy Tab S9
- Samsung Galaxy Tab S9+
- Samsung Galaxy Tab S9 Ultra
- Samsung Galaxy Tab S9 FE
- Samsung Galaxy Tab S9 FE+
- Samsung Galaxy Tab S6 Lite 2024
- Samsung Galaxy Tab S10+
- Samsung Galaxy Tab S10 Ultra
- Samsung Galaxy Tab S10 FE
- Samsung Galaxy Tab S10 FE+
- Samsung Galaxy Tab S10 Lite
- Samsung Galaxy Tab S11
- Samsung Galaxy Tab S11 Ultra

### Mid-range rugged tablets [ edit ]

- Samsung Galaxy Tab Active
- Samsung Galaxy Tab Active 2
- Samsung Galaxy Tab Active Pro
- Samsung Galaxy Tab Active 3
- Samsung Galaxy Tab Active 4 Pro
- Samsung Galaxy Tab Active 5
- Samsung Galaxy Tab Active 5 Pro

### Entry-level tablets [ edit ]

- Samsung Galaxy Tab 3 Lite 7.0
- Samsung Galaxy Tab E 8.4
- Samsung Galaxy Tab E 10.5
- Samsung Galaxy Tab E 9.6 (T560, T561)
- Samsung Galaxy Tab E 8.0 (T375, T377)
- Samsung Galaxy Tab A 8.0 (2015)
- Samsung Galaxy Tab A 10.1 (2016)
- Samsung Galaxy Tab A 8.0 (2017)
- Samsung Galaxy Tab A 8.0 (2018)
- Samsung Galaxy Tab A 10.5 (2018)
- Samsung Galaxy Tab A 10.1 (2019)
- Samsung Galaxy Tab A 8.0 (2019)
- Samsung Galaxy Tab A 8.0 (2019) Kids
- Samsung Galaxy Tab A 8.4 (2020)
- Samsung Galaxy Tab A7 10.4 (2020)
- Samsung Galaxy Tab A7 Lite (2021)
- Samsung Galaxy Tab A7 Kids Edition (2021)
- Samsung Galaxy Tab A7 Lite Kids Edition (2021)
- Samsung Galaxy Tab A8 (2022)
- Samsung Galaxy Tab A9 (2023)
- Samsung Galaxy Tab A9+ (2023)
- Samsung Galaxy Tab A9 Kids Edition (2024)
- Samsung Galaxy Tab A9+ Kids Edition (2024)
- Samsung Galaxy Tab A11 (2025)
- Samsung Galaxy Tab A11+ (2025)

- Samsung Galaxy Tab A8 (2022)
- Samsung Galaxy Tab A9 (2023)
- Samsung Galaxy Tab A9+ (2023)
- Samsung Galaxy Tab A9 Kids Edition (2024)
- Samsung Galaxy Tab A9+ Kids Edition (2024)
- Samsung Galaxy Tab A11 (2025)
- Samsung Galaxy Tab A11+ (2025)

## Extra-large tablets [edit]

Samsung announced the original Galaxy View, an 18.4-inch tablet, in October 2015.[2] It was succeeded by the slightly smaller, 17.3-inch, Galaxy View 2 in April 2019.[3]

| Name | Release date |
| --- | --- |
| Samsung Galaxy View[4] | 2015-11-06 |
| Samsung Galaxy View 2[5] | 2019-04-26 |

## Windows tablets [edit]

| Name | Release date |
| --- | --- |
| Samsung Ativ Tab | 2012 |
| Samsung Ativ Tab 5 / Ativ Smart PC | 2012/2013 |
| Samsung Ativ Tab 7 / Ativ Smart PC Pro | 2012/2013 |
| Samsung Ativ Tab 3 | 2013 |
| Samsung Galaxy TabPro S | 2016-03-18 |
| Samsung Galaxy Book (10.6-inch)[6] | 2017-05-21 |
| Samsung Galaxy Book (12-inch)[7] | 2017-04-21 |
| Samsung Galaxy Book 2[8] | 2018-11-02 |

## Co-branded tablets [edit]

- Nexus 10
- Samsung Galaxy Tab 4 Nook
- Samsung Galaxy Tab S2 Nook
- Samsung Galaxy Tab E Nook



The Nexus 10, released in 2012, was the result of a collaboration between Samsung and Google.

## See also [edit]

- List of Android smartphones
- List of iPad models

## References [edit]

1. ^ "Galaxy Tab unveiled as Samsung's first tablet computer". *BBC News*. 2 September 2010. Retrieved 4 December 2010.
2. ^ Chester, Brandon. "Samsung Announces The 18.4" Galaxy View". *AnandTech*. Archived from the original on October 29, 2015. Retrieved 29 July 2021.
3. ^ Reisinger, Don (25 April 2019). "Samsung's Massive Galaxy View 2 Tablet Launches April 26 for $740". *Laptop Mag*. Retrieved 29 July 2021.
4. ^ Welch, Chris (29 October 2015). "Samsung's super-sized Galaxy View tablet is $599, coming November 6th". *The Verge*. Vox Media, LLC. Retrieved 30 July 2021.
5. ^ Reisinger, Don (25 April 2019). "Samsung's Massive Galaxy View 2 Tablet Launches April 26 for $740". *Laptop Mag*. Retrieved 29 July 2021.
6. ^ Vincent, James (20 April 2017). "Samsung's Surface competitor, the Galaxy Book, starts at $629.99". *The Verge*. Vox Media, LLC. Retrieved 30 July 2021.
7. ^ Vincent, James (20 April 2017). "Samsung's Surface competitor, the Galaxy Book, starts at $629.99". *The Verge*. Vox Media, LLC. Retrieved 30 July 2021.
8. ^ F, Adnan (18 October 2018). "Samsung officially confirms Galaxy Book 2 specs, price and release date". *SamMobile*.

| | |
|---|---|
| Samsung Ativ Tab 5 / Ativ Smart PC | 2012/2013 |
| Samsung Ativ Tab 7 / Ativ Smart PC Pro | 2012/2013 |
| Samsung Ativ Tab 3 | 2013 |
| Samsung Galaxy TabPro S | 2016-03-18 |
| Samsung Galaxy Book (10.6-inch)[6] | 2017-05-21 |
| Samsung Galaxy Book (12-inch)[7] | 2017-04-21 |
| Samsung Galaxy Book 2[8] | 2018-11-02 |

## Co-branded tablets [ edit ]

- Nexus 10
- Samsung Galaxy Tab 4 Nook
- Samsung Galaxy Tab S2 Nook
- Samsung Galaxy Tab E Nook

## See also [ edit ]

- List of Android smartphones
- List of iPad models

The Nexus 10, released in 2012, was the result of a collaboration between Samsung and Google.

## References [ edit ]

1. ^ "Galaxy Tab unveiled as Samsung's first tablet computer". *BBC News*. 2 September 2010. Retrieved 4 December 2010.
2. ^ Chester, Brandon. "Samsung Announces The 18.4" Galaxy View". *AnandTech*. Archived from the original on October 29, 2015. Retrieved 29 July 2021.
3. ^ Reisinger, Don (25 April 2019). "Samsung's Massive Galaxy View 2 Tablet Launches April 26 for $740". *Laptop Mag*. Retrieved 29 July 2021.
4. ^ Welch, Chris (29 October 2015). "Samsung's super-sized Galaxy View tablet is $599, coming November 6th". *The Verge*. Vox Media, LLC. Retrieved 30 July 2021.
5. ^ Reisinger, Don (25 April 2019). "Samsung's Massive Galaxy View 2 Tablet Launches April 26 for $740". *Laptop Mag*. Retrieved 29 July 2021.
6. ^ Vincent, James (20 April 2017). "Samsung's Surface competitor, the Galaxy Book, starts at $629.99". *The Verge*. Vox Media, LLC. Retrieved 30 July 2021.
7. ^ Vincent, James (20 April 2017). "Samsung's Surface competitor, the Galaxy Book, starts at $629.99". *The Verge*. Vox Media, LLC. Retrieved 30 July 2021.
8. ^ F, Adnan (18 October 2018). "Samsung officially confirms Galaxy Book 2 specs, price and release date". *SamMobile*. Retrieved 30 July 2021.

| v • t • e | **Samsung Electronics** | [show] |
|---|---|---|
| v • t • e | **Android** tablet computers | [show] |
| v • t • e | **Windows**-powered tablet computers and 2-in-1 PCs | [show] |

Categories: Samsung products | Smart devices

This page was last edited on 20 October 2025, at 11:29 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike 4.0 License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy  About Wikipedia  Disclaimers  Contact Wikipedia  Legal & safety contacts  Code of Conduct  Developers  Statistics  Cookie statement  Mobile view