# EXHIBIT 13a



# Samsung Galaxy Tab S series

The **Samsung Galaxy Tab S series** is Samsung's flagship tablet line, running the Android operating system and mirroring the Galaxy S series of smartphones. It expanded in the mid-range line with the release of the Lite and FE models.

## History

The Galaxy Tab S series was first introduced in June 2014 with the release of a 8.4-inch and a 10.5-inch version.[1] The initial release marked the return of the SuperAMOLED display on a tablet after it was last used on the Galaxy Tab 7.7 in 2012. Since then, numerous changes and newer features were introduced to the series throughout the years.

The S Pen was reintroduced for tablets with the release of the Galaxy Tab S3, a few years after the last Galaxy Note tablet released in 2014.[2] Samsung DeX also made its way to the Tab S lineup with the release of the Galaxy Tab S4 in 2018.[3] The Galaxy Tab S5e, released in 2019, was introduced as a more streamlined version of the Galaxy Tab S line.[4] The lineup later expanded with the introduction of the Lite,[5] Fan Edition (FE),[6] and Ultra[7] models.

The lineup unofficially served as a successor to the Galaxy Tab Pro and Galaxy Note Tab models, later incorporating their features into the Tab S lineup.

## Comparison

This table is primarily intended to show the differences between the model families of the Galaxy Tab S series.



**Samsung Galaxy Tab S series**

Samsung Galaxy Tab S11 Ultra, the most recent flagship model

| | |
|---|---|
| Developer | Samsung Electronics |
| Product family | Samsung Galaxy |
| Type | Tablet computers |
| Released | June 27, 2014 |
| Operating system | Android |
| System on a chip | Samsung Exynos (2014–2015, 2020, 2023–) |
| | Qualcomm Snapdragon (2014–2023) |
| | Mediatek (2024–) |
| Input | Touchscreen |
| | Stylus (since Galaxy Tab S3) |
| Predecessor | Samsung Galaxy Tab (original devices) |
| | Samsung Galaxy Note (tablet) (2012–2014) |
| Related | Samsung Galaxy S series |
| | Samsung Galaxy Note |
| | Samsung Galaxy Z series |

**Galaxy Tab S series release timeline**

| Year | Model |
|---|---|
| 2014 | Samsung Galaxy Tab S 10.5 |
| | Samsung Galaxy Tab S 8.4 |
| 2015 | Samsung Galaxy Tab S2 9.7 |
| | Samsung Galaxy Tab S2 8.0 |
| 2016 | Samsung Galaxy Tab S2 9.7 2016 |
| | Samsung Galaxy Tab S2 8.0 2016 |
| 2017 | Samsung Galaxy Tab S3 |
| 2018 | Samsung Galaxy Tab S4 |
| 2019 | Samsung Galaxy Tab S5e |
| | Samsung Galaxy Tab S6 |
| 2020 | Samsung Galaxy Tab S6 Lite |
| | Samsung Galaxy Tab S7 / S7+ |
| 2021 | Samsung Galaxy Tab S7 FE |
| 2022 | Samsung Galaxy Tab S8 / S8+ / S8 Ultra |
| | Samsung Galaxy Tab S6 Lite 2022 |
| 2023 | Samsung Galaxy Tab S9 / S9+ / S9 Ultra |
| | Samsung Galaxy Tab S9 FE / S9 FE+ |
| 2024 | Samsung Galaxy Tab S6 Lite 2024 |
| | Samsung Galaxy Tab S10+ / S10 Ultra |
| 2025 | Samsung Galaxy Tab S10 FE / S10 FE+ |
| | Samsung Galaxy Tab S10 Lite |
| | Samsung Galaxy Tab S11 / S11 Ultra |

| Model | | Tab S 8.4 | Tab S 10.5 | Tab S2 8.0 | Tab S2 9.7 | Tab S3 | Tab S4 | Tab S5e | Tab S6 | Tab S6 Lite (2020) | Tab S7 | Tab S7+ | Tab S7 FE | Tab S8 | Tab S8+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Support status | | Unsupported | | | | | | | | | | | | | Supported |
| Dates | Announced | 12 June 2014 | 20 July 2015 | 12 April 2016[9] | 20 July 2015 | 12 April 2016[9] | 26 February 2017 | 1 August 2018 | 15 February 2019 | 31 July 2019 | 29 January 2020 | 02 April 2020 | 05 August 2020 | 25 May 2021 | 09 February 20 |
| | Released | July 2014 | 3 September 2015 | | 3 September 2015 | | 24 March 2017 | 10 August 2018 | 26 April 2019 | August 2019 | 30 January 2020 | 16 May 2020 | 21 August 2020 | 16 June 2021 | March 2022 |
| OS | Initial | TouchWiz Android 4.4.2 | TouchWiz Android 5.0.2 | TouchWiz Android 6.0.1 | TouchWiz Android 5.0.2 | TouchWiz Android 6.0.1 | Samsung Experience Android 7.0 | Samsung Experience Android 8.1 | One UI 1.0 Android 9.0 | | One UI 2.0 Android 10 | | One UI 3.0 Android 11 | | |
| | Latest | TouchWiz Android 6.0.1 | | Samsung Experience Android 7.0 | TouchWiz Android 6.0.1 | Samsung Experience Android 7.0 | One UI 1.0 Android 9.0 | One UI 2.0 Android 10 | One UI 3.0 Android 11 | One UI 4.0 Android 12 | One UI 5.0 Android 13 | | One UI 5.1 Android 13 | One UI 6.0 Android 14 | One UI 6.0 Android 16 |
| Dimensions mm (in) | Height | 212.8 (8.38) | 247.3 (9.74) | 198.6 (7.82) | 273.3 (10.76) | 237 (9.3) | 249.3 (9.81) | 245 (9.6) | 244.5 (9.63) | | 253.8 (9.99) | 285 (11.2) | 284.8 (11.21) | 253.8 (9.99) | 285 (11.2) |
| | Width | 125.6 (4.94) | 177.3 (6.98) | 134.8 (5.31) | 169 (6.65) | 169 (6.7) | 164.3 (6.47) | 160 (6.3) | 159.5 (6.28) | 154.3 (6.07) | 165.3 (6.51) | 185 (7.3) | | 165.3 (6.51) | 185 (7.3) |
| | Depth | 6.6 (0.26) | | 5.6 (0.22) | | 6.0 (0.24) | 7.1 (0.28) | 5.5 (0.22) | 5.7 (0.22) | 7 (0.28) | 6.3 (0.25) | 5.7 (0.22) | 6.3 (0.25) | 6.3 (0.25) | 5.7 (0.22) |
| Weight g (lb) | WiFi only variant | 294 (0.65) | 465 (1.03) | 265 (0.58) | 389 (0.86) | 429 (0.95) | 482 (1.06) | 400 (0.88) | 420 (0.93) | 467 (1.03) | 498 (1.10) | 575 (1.27) | 608 (1.34) | 503 (1.11) | 567 (1.25) |
| | with Cellular variant | 298 (0.66) | 467 (1.03) | 272 (0.60) | 392 (0.86) | 434 (0.96) | 483 (1.06) | | | | LTE: 500 (1.10) 5G: 502 (1.11) | | | 507 (1.12) | 572 (1.26) |
| Colors | | | | | | | | | | | | | | | |
| Display | Size | 8.4 in (210 mm) | 10.5 in (270 mm) | 8 in (200 mm) | 9.7 in (250 mm) | | 10.5 in (270 mm) | | | 10.4 in (260 mm) | 11 in (280 mm) | 12.4 in (310 mm) | 11 in (280 mm) | 12.4 in (310 mm) |
| | Resolution | 2560 × 1600 | | 1536 × 2048 | | | 1600 × 2560 | | | 1200 × 2000 | 1600 × 2560 | 1752 × 2800 | 1600 × 2560 | 1752 × 2800 |
| | Aspect Ratio | 16:10 | | 4:3 | | | 16:10 | | | 5:3 | | | 16:10 | |
| | Refresh Rate | 60 Hz | | | | | | | | | 120 Hz | | 60 Hz | 120 Hz |
| | Type | Super AMOLED | | | | | | | | TFT LCD | Super AMOLED | | TFT LCD | Sup |
| Connectivity | Wi-Fi | Wi-Fi 5 | | | | | | | | | Wi-Fi 6 | | | Wi-Fi 6e |
| | Cellular | LTE | | | | | LTE | LTE | 5G | LTE | LTE/5G | | | 5G |
| | Bluetooth | 4.0 | | 4.1 | | 4.2 | | | 5.0 | | | | | 5.2 |
| | Positioning | GPS, GLONASS, BDS | | Drops BDS | | | | | | | Adds BDS, GALILEO | | | |
| | MicroSD | | | | | | | | | | | | | |
| | 3.5 mm headphone jack | Yes | | | | | | No | Yes | | No | | | |
| | USB | Micro-USB 2.0 | | | | | USB Type-C 3.1 | | | USB Type-C 2.0 | | | USB Type-C 3.2 | |
| Rear camera(s) | Main | 8 MP | | | | | 13 MP | | | 8 MP | 13 MP | 8 MP | | 13 MP |
| | Ultrawide | — | | | | | | | 5 MP | — | 5 MP | — | | 6 MP |
| Front camera(s) | Main | 2.1 MP | | | | 5 MP | | 8 MP | | 5 MP | 8 MP | 5 MP | — | |
| | Ultrawide | | | | | | | — | | | | | 12 MP | |
| RAM | | 3 GB | | | | 4 GB | 4 GB 6 GB | 6 GB 8 GB | 4 GB | | 6 GB 8 GB | | 8 GB 12 GB | |
| Storage | | 16 GB 32 GB | | 32 GB 64 GB | 16 GB 32 GB 64 GB | | 32 GB 128 GB | 64 GB 256 GB | 64 GB 128 GB | 128 GB 256 GB | 64 GB 128 GB | 128 GB 256 GB 512 GB | 128 GB 256 GB | 128 GB 256 GB |
| Processor | | Qualcomm Snapdragon 800 Samsung Exynos 5420 Octa | Samsung Exynos 5433 | Qualcomm Snapdragon 652 | Samsung Exynos 5433 | Qualcomm Snapdragon 652 | Qualcomm Snapdragon 820 | Qualcomm Snapdragon 835 | Qualcomm Snapdragon 670 | Qualcomm Snapdragon 855 | Qualcomm Snapdragon 855+ | Samsung Exynos 9611 | Qualcomm Snapdragon 865+ | Qualcomm Snapdragon 750G Qualcomm Snapdragon 778G | Qualcomm Snapdragon 8 G |
| Battery | Capacity (mAh) | 4900 | 7900 | 4000 | 5870 | 4000 | 5870 | 6000 | 7300 | | 7040 | | 8000 | 10090 | 8000 | 10090 |
| | Fast Charging | No | | | | | 15W | | 15W | | | | 45W | | |
| IP rating | | No | | | | | | | | | | | | | |

## See also

- Samsung Electronics
- Samsung Galaxy S series
- Samsung Galaxy Tab
- Samsung Galaxy Note

## References

1. "Samsung Galaxy Tab S 10.5 and Galaxy Tab S 8.4 go official" (https://www.gsmarena.com/samsung_galaxy_tab_s_105_and_galaxy_tab_s_84_go_official-news-8768.php). *GSMArena.com*. 2014-06-11. Retrieved 2025-12-08.
2. Cardinal, David (2017-02-27). "Samsung Galaxy Tab S3: finally a worthy successor to the Note 10.1" (https://www.extremetech.com/computing/245057-samsung-tab-s3-finally-worth-successor-note-10-1). *ExtremeTech*. Retrieved 2025-12-08.
3. Peter (2018-08-01). "Samsung Galaxy Tab S4 10.5 flagship tablet comes with DeX, S Pen" (https://www.gsmarena.com/samsung_galaxy_tab_s4_105_is_first_tablet_with_dex_comes_bundled_with_an_s_pen-news-32541.php). *GSMArena.com*. Retrieved 2025-12-08.
4. Andrew Martonik (2019-02-15). "Samsung announces new 10.5-inch Galaxy Tab S5e with Tab S4-like features for just $399" (https://www.androidcentral.com/samsung-galaxy-tab-s5e). *Android Central*. Retrieved 2025-12-08.
5. Matei, Mihai (2020-04-16). "Galaxy Tab S6 Lite detailed by Samsung, available for pre-order in Europe" (https://www.sammobile.com/news/galaxy-tab-s6-lite-detailed-samsung-available-pre-order-europe/). *SamMobile*. Retrieved 2025-12-08.
6. "Samsung launches Galaxy Tab S7 FE starting at $529" (https://www.zdnet.com/article/samsung-launches-galaxy-tab-s7-fan-edition-starting-at-529/). *ZDNET*. 2021-08-03. Retrieved 2025-12-08.
7. "Samsung's Galaxy Tab S8 line is going big with a new 14.6-inch Ultra model" (https://www.engadget.com/samsung-tab-s8-ultra-android-12-tablet-150019225.html). *Engadget*. 2022-02-09. Retrieved 2025-12-08.
8. Peter (2016-04-12). "Samsung Galaxy Tab S2 9.7 and 8.0 updated with S652 chipsets" (https://www.gsmarena.com/samsung_galaxy_tab_s2_97_and_80_updated_with_s652_chipsets-news-17730.php). *GSMArena.com*. Retrieved 2025-09-16.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Samsung_Galaxy_Tab_S_series&oldid=1335979648"