# EXHIBIT 13b

3/3/26, 2:45 PM                                              Samsung Galaxy Tab S series - Wikipedia


WIKIPEDIA
25 years of the free encyclopedia

# Samsung Galaxy Tab S series

The **Samsung Galaxy Tab S series** is Samsung's flagship tablet line, running the Android operating system and mirroring the Galaxy S series of smartphones. It expanded in the mid-range line with the release of the Lite and FE models.

## History

The Galaxy Tab S series was first introduced in June 2014 with the release of a 8.4-inch and a 10.5-inch version.[1] The initial release marked the return of the SuperAMOLED display on a tablet after it was last used on the Galaxy Tab 7.7 in 2012. Since then, numerous changes and newer features were introduced to the series throughout the years.

The S Pen was reintroduced for tablets with the release of the Galaxy Tab S3, a few years after the last Galaxy Note tablet released in 2014.[2] Samsung DeX also made its way to the Tab S lineup with the release of the Galaxy Tab S4 in 2018.[3] The Galaxy Tab S5e, released in 2019, was introduced as a more streamlined version of the Galaxy Tab S line.[4] The lineup later expanded with the introduction of the Lite,[5] Fan Edition (FE),[6] and Ultra[7] models.

The lineup unofficially served as a successor to the Galaxy Tab Pro and Galaxy Note Tab models, later incorporating their features into the Tab S lineup.

## Comparison

This table is primarily intended to show the differences between the model families of the Galaxy Tab S series.

**Samsung Galaxy Tab S series**



Samsung Galaxy Tab S11 Ultra, the most recent flagship model

| | |
|---|---|
| **Developer** | Samsung Electronics |
| **Product family** | Samsung Galaxy |
| **Type** | Tablet computers |
| **Released** | June 27, 2014 |
| **Operating system** | Android |
| **System on a chip** | Samsung Exynos (2014–2015, 2020, 2023–)<br>Qualcomm Snapdragon (2014–2023)<br>Mediatek (2024–) |
| **Input** | Touchscreen<br>Stylus (since Galaxy Tab S3) |
| **Predecessor** | Samsung Galaxy Tab (original devices)<br>Samsung Galaxy Note (tablet) (2012–2014) |
| **Related** | Samsung Galaxy S series<br>Samsung Galaxy Note<br>Samsung Galaxy Z series |

Galaxy Tab S series release timeline

| | |
|---|---|
| 2014 | Samsung Galaxy Tab S 10.5 |
| | Samsung Galaxy Tab S 8.4 |
| 2015 | Samsung Galaxy Tab S2 9.7 |
| | Samsung Galaxy Tab S2 8.0 |
| 2016 | Samsung Galaxy Tab S2 9.7 2016 |
| | Samsung Galaxy Tab S2 8.0 2016 |
| 2017 | Samsung Galaxy Tab S3 |
| 2018 | Samsung Galaxy Tab S4 |
| 2019 | Samsung Galaxy Tab S5e |
| | Samsung Galaxy Tab S6 |
| 2020 | Samsung Galaxy Tab S6 Lite |
| | Samsung Galaxy Tab S7 / S7+ |
| 2021 | Samsung Galaxy Tab S7 FE |
| 2022 | Samsung Galaxy Tab S8 / S8+ / S8 Ultra |
| | Samsung Galaxy Tab S6 Lite 2022 |
| 2023 | Samsung Galaxy Tab S9 / S9+ / S9 Ultra |
| | Samsung Galaxy Tab S9 FE / S9 FE+ |
| 2024 | Samsung Galaxy Tab S6 Lite 2024 |
| | Samsung Galaxy Tab S10+ / S10 Ultra |
| | Samsung Galaxy Tab S10 FE / S10 FE+ |
| 2025 | Samsung Galaxy Tab S10 Lite |
| | Samsung Galaxy Tab S11 / S11 Ultra |

Samsung Galaxy Tab S series - Wikipedia

| | Tab S8 | Tab S8+ | Tab S8 Ultra | Tab S6 Lite 2022 | Tab S9 | Tab S9+ | Tab S9 Ultra | Tab S9 FE | Tab S9 FE+ | Tab S6 Lite 2024 | Tab S10+ | Tab S10 Ultra | Tab S10 FE | Tab S10 FE+ | Tab S10 Lite | Tab S11 | Tab S11 Ultra |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Supported | | | Unsupported | Supported | | | | | | | | | | | | |
| | 09 February 2022 | | | 14 May 2022 | 26 July 2023 | | | 04 October 2023 | | 26 March 2024 | 26 September 2024 | | 02 April 2025 | | 25 August 2025 | 4 September 2025 | |
| | March 2022 | April 2022 | | 23 May 2022 | 11 August 2023 | | | 16 October 2023 | | 28 March 2024 | 03 October 2024 | | 03 April 2025 | | | 4 September 2025 | |
| | One UI 4.0 / Android 12 | | | | One UI 5.1 / Android 13 | | | | | One UI 6.0 / Android 14 | One UI 6.1 / Android 14 | | One UI 7.0 / Android 15 | | | One UI 8.0 / Android 16 | |
| | One UI 8.0 / Android 16 | | | One UI 6.0 / Android 14 | | | | | | | | | One UI 8.0 / Android 16 | | | | |
| | 253,8 (9,99) | 285 (11,2) | 326,4 (12,85) | 244,5 (9,63) | 254,3 (10,01) | 285,4 (11,24) | 326,4 (12,85) | 254,3 (10,01) | 285,4 (11,24) | 244,5 (9,63) | 285,4 (11,24) | 326,4 (12,85) | 254,3 (10,01) | 300,6 (11,83) | 254,3 (10,01) | 253,8 (9,99) | 326,3 (12,85) |
| | 165,3 (6,51) | 185 (7,3) | 208,6 (8,21) | 154,3 (6,07) | 165,8 (6,53) | 185,4 (7,30) | 208,6 (8,21) | 165,8 (6,53) | 185,4 (7,30) | 154,3 (6,07) | 185,4 (7,30) | 208,6 (8,21) | 165,8 (6,53) | 194,7 (7,67) | 165,3 (6,51) | 165,8 (6,53) | 208,6 (8,21) |
| | 5,7 (0,25) | 5,7 (0,22) | 5,5 (0,22) | 7 (0,28) | 5,9 (0,23) | 5,7 (0,22) | 5,5 (0,22) | 6,5 (0,26) | | 7 (0,28) | 5,6 (0,22) | 5,4 (0,21) | 6 (0,24) | | 6,6 (0,26) | 5,5 (0,22) | 5,1 (0,20) |
| | 503 (1,11) | 567 (1,25) | 726 (1,60) | 465 (1,03) | 498 (1,10) | 581 (1,28) | 732 (1,61) | 523 (1,15) | 627 (1,38) | 465 (1,03) | 571 (1,26) | 718 (1,58) | 497 (1,10) | 664 (1,46) | 524 (1,16) | 469 (1,03) | 692 (1,53) |
| | 507 (1,12) | 572 (1,26) | 728 (1,60) | 467 (1,03) | | 586 (1,29) | | 524 (1,16) | 628 (1,38) | 467 (1,03) | 576 (1,27) | 723 (1,59) | 500 (1,10) | 668 (1,47) | | 471 (1,04) | 695 (1,53) |
| | 11 in (280 mm) | 12,4 in (310 mm) | 14,6 in (370 mm) | 10,4 in (260 mm) | 11 in (280 mm) | 12,4 in (310 mm) | 14,6 in (370 mm) | 10,9 in (280 mm) | 12,4 in (310 mm) | 10,4 in (260 mm) | 12,4 in (310 mm) | 14,6 in (370 mm) | 10,9 in (280 mm) | 13,1 in (330 mm) | 10,9 in (280 mm) | 11 in (280 mm) | 14,6 in (370 mm) |
| | 1600 × 2560 | 1752 × 2800 | 1848 × 2960 | 1200 × 2000 | 1600 × 2560 | 1752 × 2800 | 1848 × 2960 | 1440 × 2304 | 1600 × 2560 | 1200 × 2000 | 1752 × 2800 | 1848 × 2960 | 1440 × 2304 | 1800 × 2880 | 1320 × 2112 | 1600 × 2560 | 1848 × 2960 |
| | 120 Hz | | | 60 Hz | 120 Hz | | | 90 Hz | | 60 Hz | 120 Hz | | 90 Hz | | | 120 Hz | |
| | 5:3 | | | | 16:10 | | | | | 5:3 | | | 16:10 | | | | |
| | Super AMOLED | | | TFT LCD | Super AMOLED | | | IPS LCD | | TFT LCD | Super AMOLED | | IPS LCD | | TFT LCD | Super AMOLED | |
| | Wi-Fi 6e | | | Wi-Fi 5 | Wi-Fi 6e | | | Wi-Fi 6 | | Wi-Fi 6 | Wi-Fi 6e | Wi-Fi 7 | Wi-Fi 6e | | Wi-Fi 6 | Wi-Fi 6e | Wi-Fi 7 |
| | 5G | | | LTE | 5G | | | | | LTE | 5G | | | | | | |
| | 5,2 | | | 5,0 | | | | 5,3 | | | | | | | | 5,4 | |
| | | | | | | | | | | | | | Adds QZSS | | | | |
| | Yes | | | Yes | | | | No | | Yes | | | No | | | | |
| | | | USB Type-C 2,0 | | USB Type-C 3,2 | | | USB Type-C 2,0 | | | USB Type-C 3,2 | | | USB Type-C 2,0 | | USB Type-C 3,2 | |
| | 13 MP | | | 8 MP | 13 MP | | | 8 MP | | | 13 MP | | 13 MP | | 8 MP | 13 MP | |
| | 6 MP | | | — | 8 MP | | | — | 8 MP | | 8 MP | | — | | | 8 MP | |
| | 12 MP | — | 12 MP | 5 MP | — | 12 MP | | — | 5 MP | | 12 MP | | — | | 5 MP | — | |
| | 12 MP | | | — | 12 MP | | | | | | 12 MP | | | | | 12 MP | |
| | 8 GB / 12 GB / 16 GB | | | 4 GB | 8 GB / 12 GB | | 12 GB / 16 GB | 6 GB / 8 GB | 6 GB / 8 GB / 12 GB | 4 GB | 12 GB | 12 GB / 16 GB | 8 GB / 12 GB | 6 GB / 8 GB | 12 GB | 12 GB / 16 GB | |
| | 128 GB / 256 GB / 512 GB | | | 64 GB / 128 GB | 128 GB / 256 GB | 256 GB / 512 GB | 256 GB / 512 GB / 1 TB | 128 GB / 256 GB | | 64 GB / 128 GB | 256 GB / 512 GB | 256 GB / 512 GB / 1 TB | 128 GB / 256 GB | | 128 GB / 256 GB | 128 GB / 256 GB / 512 GB | 256 GB / 512 GB / 1 TB |
| | Qualcomm Snapdragon 8 Gen 1 | | | Qualcomm Snapdragon 720G / Qualcomm Snapdragon 732G | Qualcomm Snapdragon 8 Gen 2 | | | Samsung Exynos 1380 | | Samsung Exynos 1280 | MediaTek Dimensity 9300+ | | Samsung Exynos 1580 | | Samsung Exynos 1380 | MediaTek Dimensity 9400+ | |
| | 8000 | 10090 | 11200 | 7040 | 8400 | 10090 | 11200 | 8000 | 10090 | 7040 | 10090 | 11200 | 8000 | 10090 | 8000 | 8400 | 11600 |
| | 45W | | | 15W | 45W | | | | | 15W | 45W | | | | 25W | 45W | |
| | IP68 | | | No | IP68 | | | | | No | IP68 | | IP42 | | | IP68 | |

◀ ▶

## See also

- Samsung Electronics
- Samsung Galaxy S series
- Samsung Galaxy Tab
- Samsung Galaxy Note

## References

1. "Samsung Galaxy Tab S 10.5 and Galaxy Tab S 8.4 go official" (https://www.gsmarena.com/samsung_galaxy_tab_s_105_and_galaxy_tab_s_84_go_official-news-8768.php). *GSMArena.com*. 2014-06-11. Retrieved 2025-12-08.
2. Cardinal, David (2017-02-27). "Samsung Galaxy Tab S3: finally a worthy successor to the Note 10.1" (https://www.extremetech.com/computing/245057-samsung-tab-s3-finally-worth-successor-note-10-1). *ExtremeTech*. Retrieved 2025-12-08.
3. Peter (2018-08-01). "Samsung Galaxy Tab S4 10.5 flagship tablet comes with DeX, S Pen" (https://www.gsmarena.com/samsung_galaxy_tab_s4_105_is_first_tablet_with_dex_comes_bundled_with_an_s_pen-news-32541.php). *GSMArena.com*. Retrieved 2025-12-08.
4. Andrew Martonik (2019-02-15). "Samsung announces new 10.5-inch Galaxy Tab S5e with Tab S4-like features for just $399" (https://www.androidcentral.com/samsung-galaxy-tab-s5e). *Android Central*. Retrieved 2025-12-08.
5. Matei, Mihai (2020-04-16). "Galaxy Tab S6 Lite detailed by Samsung, available for pre-order in Europe" (https://www.sammobile.com/news/galaxy-tab-s6-lite-detailed-samsung-available-pre-order-europe/). *SamMobile*. Retrieved 2025-12-08.
6. "Samsung launches Galaxy Tab S7 FE starting at $529" (https://www.zdnet.com/article/samsung-launches-galaxy-tab-s7-fan-edition-starting-at-529/). *ZDNET*. 2021-08-03. Retrieved 2025-12-08.
7. "Samsung's Galaxy Tab S8 line is going big with a new 14.6-inch Ultra model" (https://www.engadget.com/samsung-tab-s8-ultra-android-12-tablet-150019225.html). *Engadget*. 2022-02-09. Retrieved 2025-12-08.
8. Peter (2016-04-12). "Samsung Galaxy Tab S2 9.7 and 8.0 updated with S652 chipsets" (https://www.gsmarena.com/samsung_galaxy_tab_s2_97_and_80_updated_with_s652_chipsets-news-17730.php). *GSMArena.com*. Retrieved 2025-09-16.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Samsung_Galaxy_Tab_S_series&oldid=1335979648"