# EXHIBIT 14

# Samsung Galaxy Tab

文A 24 languages

Article | Talk                                                                 Read | Edit | View history | Tools

From Wikipedia, the free encyclopedia

*This article is about the Galaxy Tab series. For the original model known as the Samsung Galaxy Tab, see* Samsung Galaxy Tab 7.0.

*"Samsung tablets" redirects here. For the Google branded tablet made by Samsung, see* Nexus 10.

The **Samsung Galaxy Tab** (stylized as **SΛMSUNG Galaxy Tab**) is a line of Android-based tablet computers produced and developed by Samsung Electronics. The first model was the Samsung Galaxy Tab 2010 with 7-inch display, which was presented to the public on 2 September 2010 at the IFA in Berlin and was available on 5 November 2010.[1] Since then, several models have been released, including models with varying display sizes. There would also be multiple connectivity options being sold, Wi-Fi only versions and Wi-Fi + Cellular options (either LTE or 5G).

In 2014, the Galaxy Tab series was later split into four separate lines:

- the **Galaxy Tab S** series for high-end tablets,
- the **Galaxy Tab Active** series for mid-range rugged tablets,
- the **Galaxy Tab A** series of mid-range tablets (from 2015),
- the **Galaxy Tab E** series for entry-level tablets.

Further changes saw the A series repositioned to entry-level (after the discontinuation of the Tab E lineup) and the S series extending to mid-range (with the introduction of the FE and Lite models).

As of 2025, the current lineup include the **Galaxy Tab S** (at mid-range to flagship level), the **Galaxy Tab A** (at entry level), and the **Galaxy Tab Active** (a mid-range rugged model). The Galaxy Tab S and Tab Active support the S Pen since Galaxy Tab S3.

## Current line-up [edit]

### Galaxy Tab S [edit]

*Main article:* Samsung Galaxy Tab S series

The Galaxy Tab S series is Samsung's mid-range to flagship tablet line, running the Android operating system and mirroring the Galaxy S series of smartphones. It expanded in the mid-range line with the release of the Lite and FE models.

### Galaxy Tab A [edit]

*Main article:* Samsung Galaxy A series § Tablets

The Galaxy Tab A series is a low-end (previously mid-range) tablet line, mirroring the Galaxy A series of mid-range smartphones. This series is the successor to the Galaxy Tab 4 lineup and also replaced the Galaxy Tab E lineup.

### Galaxy Tab Active [edit]

The Samsung Galaxy Tab Active series is a line of mid-range rugged tablets designed for outdoor use, mirroring the Galaxy Xcover series. Applications include logistics, construction, and first response.

### 2014 [edit]



**Samsung Galaxy Tab**

| | |
|---|---|
| Manufacturer | Samsung Electronics |
| Product family | Galaxy Tab S (flagship)<br>Galaxy Tab A (mid-range) |
| Type | Tablet computers |
| Released | November 5, 2010; 15 years ago |
| Operating system | Android |
| System on a chip | Samsung Exynos (2010–2020, 2024–present)<br>Nvidia Tegra (2011–2012)<br>Intel Atom (2013–2016)<br>Qualcomm Snapdragon (2012–present)<br>MediaTek Helio and Dimensity (2021–present)<br>Unisoc (2016–present) |
| Input | Touchscreen<br>Book Cover Keyboard<br>Stylus |
| Touchpad | Included on Tab S series' Book Cover Keyboard |
| Related | Samsung Galaxy S series<br>Samsung Galaxy Z series<br>Samsung Galaxy Note |
| Website | Galaxy Tab |

The Samsung Galaxy Tab logo until 2015

**Release timeline**

## Galaxy Tab Active [edit]

The Samsung Galaxy Tab Active series is a line of mid-range rugged tablets designed for outdoor use, mirroring the Galaxy Xcover series. Applications include logistics, construction, and first response.

### 2014 [edit]

- Samsung Galaxy Tab Active
- Samsung Galaxy Tab Active LTE

### 2017 [edit]

- Samsung Galaxy Tab Active 2[2]

### 2019 [edit]

- Samsung Galaxy Tab Active Pro[3]

### 2020 [edit]

- Samsung Galaxy Tab Active 3[4]

### 2022 [edit]

- Samsung Galaxy Tab Active 4 Pro[5]

### 2024 [edit]

- Samsung Galaxy Tab Active 5[6]

### 2025 [edit]

- Samsung Galaxy Tab Active 5 Pro

**Release timeline**

| Year | Model |
|---|---|
| 2014 | Samsung Galaxy Tab Active / Samsung Galaxy Tab Active LTE |
| 2015 | |
| 2016 | |
| 2017 | Samsung Galaxy Tab Active 2 |
| 2018 | |
| 2019 | Samsung Galaxy Tab Active Pro |
| 2020 | Samsung Galaxy Tab Active 3 |
| 2021 | |
| 2022 | Samsung Galaxy Tab Active 4 Pro |
| 2023 | |
| 2024 | Samsung Galaxy Tab Active 5 |
| 2025 | Samsung Galaxy Tab Active 5 Pro |

## Former lineup [edit]

### Galaxy Tab [edit]

The original Galaxy Tab series was the first line of Samsung tablets. Initially, it was the flagship line of tablets before being relegated to mid-range upon the release of the Galaxy Tab 2 series.

#### Original Galaxy Tab (2010–2011) [edit]

| Model | | Tab 7.0 | Tab 7.0 Plus | Tab 7.7 | Tab 8.9 | Tab 10.1 |
|---|---|---|---|---|---|---|
| Support status | | Unsupported | | | | |
| Dates | Announced | 2 September 2010 | August 2011 | 1 September 2011 | 22 March 2011 | 13 February 2011 |
| | Released | 5 November 2010 | 13 November 2011 | January 2012 | 2 October 2011 | June 2011 |
| OS | Initial | TouchWiz Android 2.2.1 | TouchWiz Android 3.1 | TouchWiz Android 3.2 | TouchWiz Android 3.0 | TouchWiz Android 3.0 |
| | Latest | TouchWiz Android 2.3.6 | TouchWiz Android 4.1 | TouchWiz Android 4.1.2 | TouchWiz Android 3.1 | TouchWiz Android 4.0 |
| Dimensions mm (in) | Height | 190.09 (7.48) | 193.7 (7.63) | 196.7 (7.74) | 230.9 (9.09) | 256.7 (10.11) |
| | Width | 120.45 (4.74) | 122.4 (4.82) | 133 (5.24) | 157.8 (6.21) | 175.3 (6.90) |
| | Depth | 11.98 (0.47) | 9.9 (0.39) | 7.9 (0.31) | 8.6 (0.34) | |
| Weight g (lb) | | 380 (0.84) | 345 (0.76) | 340 (0.75) | 447.9 (0.99) | 560 (1.23) |
| Colors | | ▢ ■ | | ■ | ▢ | ■ |
| Display | Size | 7 in (180 mm) | 7 in (180 mm) | 7.7 in (200 mm) | 8.9 in (230 mm) | 10.1 in (260 mm) |
| | Resolution | 1024 × 600 | 1024 × 600 | 1280 × 800 | | |
| | Refresh Rate | 60 Hz | | | | |
| | Type | Super TFT | PLS LCD | SuperAMOLED Plus | PLS LCD | |
| Rear camera | | 3.2 MP | 3.15 MP | | | |
| Front camera | | 1.3 MP | 2 MP | | | |
| RAM | | 444 MB / 512 MB | 1 GB | | | 16 GB |



| | Type | Super TFT | PLS LCD | SuperAMOLED Plus | PLS LCD |
|---|---|---|---|---|---|
| | Rear camera | 3.2 MP | 3.15 MP | | |
| | Front camera | 1.3 MP | 2 MP | | |
| | RAM | 444 MB<br>512 MB | 1 GB | | |
| | Storage | 16 GB | 16 GB<br>32 GB | 16 GB<br>32 GB<br>64 GB | |
| | Processor | Samsung<br>Exynos 3110 | Samsung<br>Exynos 4210 | Nvidia<br>Tegra 2 T20 | |
| | Battery (in mAh) | 4000 | 5100 | 6000 | 7000 |

## Galaxy Tab 2 (2012)  [ edit ]

| | Model | Tab 2 7.0 | Tab 2 10.1 |
|---|---|---|---|
| | Support status | Unsupported | |
| Dates | Announced | 26 February 2012 | |
| | Released | March 2012 | |
| OS | Initial | TouchWiz<br>Android 4.0.3 | |
| | Latest | TouchWiz<br>Android 4.2.2 | |
| Dimensions<br>mm (in) | Height | 193.7 (7.63) | 256.6 (10.10) |
| | Width | 122.4 (4.82) | 175.3 (6.90) |
| | Depth | 10.5 (0.41) | 9.7 (0.38) |
| Weight<br>g (lb) | | 345 (0.76) | 581 (1.28) |
| Colors | | | |
| Display | Size | 7 in (180 mm) | 10.1 in (260 mm) |
| | Resolution | 1024 × 600 | 1280 × 800 |
| | Refresh Rate | 60 Hz | |
| | Type | PLS LCD | |
| | Rear camera | 3.15 MP | |
| | Front camera | VGA | |
| | RAM | 1 GB | |
| | Storage | 8 GB<br>16 GB<br>32 GB | |
| | Processor | Texas Instruments<br>OMAP 4430 | |
| | Battery (in mAh) | 4000 | 7000 |

## Galaxy Tab 3 (2013–2015)  [ edit ]

| | Model | Tab 3 7.0 | Tab 3 8.0 | Tab 3 10.1 | Tab 3 Lite 7.0 | Tab 3 V | Tab 3 VE |
|---|---|---|---|---|---|---|---|
| | Support status | Unsupported | | | | | |
| Dates | Announced | April 2013 | June 2013 | | 18 January 2014 | March 2015 | |
| | Released | July 2013 | | | February 2014 | April 2015 | |
| OS | Initial | TouchWiz<br>Android 4.1.2 | TouchWiz<br>Android 4.2.2 | | | TouchWiz<br>Android 4.4 | |
| | Latest | TouchWiz<br>Android 4.4.2 | | | TouchWiz<br>Android 4.2.2 | TouchWiz<br>Android 4.4.2 | |
| Dimensions<br>mm (in) | Height | 188 (7.40) | 209.8 (8.26) | 243.1 (9.57) | 193.4 (7.61) | | |
| | Width | 111.1 (4.37) | 123.8 (4.87) | 176.1 (6.93) | 116.4 (4.58) | | |
| | Depth | 9.9 (0.39) | 7.4 (0.29) | 8 (0.31) | 9.7 (0.38) | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OS | Initial | | Android 4.1.2 | | Android 4.2.2 | | Android 4.4 |
| | Latest | | TouchWiz Android 4.4.2 | | TouchWiz Android 4.2.2 | | TouchWiz Android 4.4.2 |
| Dimensions mm (in) | Height | 188 (7.40) | 209.8 (8.26) | 243.1 (9.57) | | 193.4 (7.61) | |
| | Width | 111.1 (4.37) | 123.8 (4.87) | 176.1 (6.93) | | 116.4 (4.58) | |
| | Depth | 9.9 (0.39) | 7.4 (0.29) | 8 (0.31) | | 9.7 (0.38) | |
| Weight g (lb) | | 345 (0.76) | 314 (0.69) | 510 (1.12) | | 310 (0.68) | |
| Colors | | | | | | | |
| Display | Size | 7 in (180 mm) | 8 in (200 mm) | 10.1 in (260 mm) | | 7 in (180 mm) | |
| | Resolution | 1024 × 600 | 1280 × 800 | | | 1024 × 600 | |
| | Refresh Rate | 60 Hz | | | | | |
| | Type | | PLS LCD | | | TFT | |
| Rear camera | | 3.15 MP | 5 MP | 3.15 MP | | 2 MP | |
| Front camera | | | 1.3 MP | | | 2 MP | |
| RAM | | 1.5 GB | 1 GB | 1.5 GB | | 1 GB | |
| Storage | | 8 GB / 16 GB / 32 GB | 16 GB / 32 GB | | | 8 GB | |
| Processor | | Marvell PXA986 | Exynos 4212 Dual | Intel Atom Z2560 | | Marvell PXA986 | UNISOC SC8830 |
| Battery (in mAh) | | 4000 | 4450 | 6800 | | 3600 | |

## Galaxy Tab 4 (2014)  [ edit ]

| | | | | |
|---|---|---|---|---|
| Model | | Tab 4 7.0 | Tab 4 8.0 | Tab 4 10.1/Tab 4 Education |
| Support status | | Unsupported | | |
| Dates | Announced | April 2014 | | |
| | Released | May 2014 | June 2014 | |
| OS | Initial | TouchWiz Android 4.4.2 | | |
| | Latest | TouchWiz Android 5.1.1 | | |
| Dimensions mm (in) | Height | 186.9 (7.36) | 210 (8.27) | 243.4 (9.58) |
| | Width | 107.9 (4.25) | 124 (4.88) | 176.4 (6.94) |
| | Depth | 9 (0.35) | 8 (0.31) | |
| Weight g (lb) | | 276 (0.61) | 320 (0.71) | 487 (1.07) |
| Colors | | | | |
| Display | Size | 7 in (180 mm) | 8 in (200 mm) | 10.1 in (260 mm) |
| | Resolution | 1280 × 800 | | |
| | Refresh Rate | 60 Hz | | |
| | Type | TFT | | |
| Rear camera | | 3.15 MP | | |
| Front camera | | 1.3 MP | | |
| RAM | | 1.5 GB | | |
| Storage | | 8 GB | 16 GB / 32 GB | |
| Processor | | Marvell PXA1088 | Qualcomm Snapdragon 400 | |
| Battery (in mAh) | | 4000 | 4450 | 6800 |

## Galaxy Tab Pro  [ edit ]



| | | | |
|---|---|---|---|
| Processor | Marvell PXA1088 | | Qualcomm Snapdragon 400 |
| Battery (in mAh) | 4000 | 4450 | 6800 |

## Galaxy Tab Pro [ edit ]

The original Galaxy Tab Pro devices, released in 2014, were a series of three high-end tablets running the Android operating system. These tablets would be succeeded by the Galaxy Tab S series. In 2016, Samsung released another device in the Tab Pro line, the Galaxy TabPro S, although that tablet ran Windows 10 instead of Android. It was succeeded by the Samsung Galaxy Book the following year.

| Model | | Tab Pro 8.4 | Tab Pro 10.1 | Tab Pro 12.2 | TabPro S |
|---|---|---|---|---|---|
| Support status | | Unsupported | | | |
| Dates | Announced | 6 January 2014 | | | 6 January 2016 |
| | Released | February 2014 | March 2014 | | February 2016 |
| OS | Initial | | TouchWiz<br>Android 4.4.2 | | Windows 10 |
| | Latest | | TouchWiz<br>Android 5.1.1 | | Windows 10 |
| Dimensions mm (in) | Height | 219 (8.62) | 243.1 (9.57) | 295.4 (11.63) | 290.3 (11.43) |
| | Width | 128.5 (5.06) | 171.4 (6.75) | 203.7 (8.02) | 198.8 (7.83) |
| | Depth | 7.2 (0.28) | 7.3 (0.29) | 7.9 (0.31) | 6.3 (0.25) |
| Weight g (lb) | | WiFi only: 331 (0.73) with Cellular variant: 335 (0.74) | WiFi only: 469 (1.03) with Cellular variant: 477 (1.05) | WiFi only: 730.2 (1.61) with Cellular variant: 732 (1.61)/740 (1.63) | WiFi only: 693 (1.53) with Cellular variant: 696 (1.53) |
| Colors | | | | | |
| Display | Size | 8.4 in (210 mm) | 10.1 in (260 mm) | 12.2 in (310 mm) | 12 in (300 mm) |
| | Resolution | 2560 × 1600 | | | 2160 × 1440 |
| | Refresh Rate | 60 Hz | | | |
| | Type | Super clear LCD | | | SuperAMOLED |
| Rear camera | | 8 MP | | | 5 MP |
| Front camera | | 2 MP | | | 5 MP |
| RAM | | 2 GB | | 3 GB | 4 GB<br>8 GB |
| Storage | | 16 GB<br>32 GB | | 32 GB<br>64 GB | 128 GB<br>256 GB |
| Processor | | Qualcomm Snapdragon 800 | | Qualcomm Snapdragon 800<br>Samsung Exynos 5420 Octa | Intel Core m3-6Y30 |
| Battery (in mAh) | | 4800 | 8220 | 9500 | 5200 |

## Galaxy Tab E [ edit ]

Main article: Samsung Galaxy E series § Tablets

The Samsung Galaxy Tab E series is a line of entry-level tablets, mirroring the Galaxy E series of smartphones. It was later replaced with the Galaxy Tab A series.

## Galaxy Note tablets [ edit ]

Main article: Samsung Galaxy Note § Tablets

The Galaxy Note tablet series was a line of stylus tablets. It was the flagship tablet line from 2012 to 2014 and used to mirroring the Galaxy Note series of smartphones. it was succeeded by the Galaxy Tab S series as it bundled the S Pen in-box.

### Galaxy Note tablets [edit]

Main article: *Samsung Galaxy Note § Tablets*

The Galaxy Note tablet series was a line of stylus tablets. It was the flagship tablet line from 2012 to 2014 and used to mirroring the Galaxy Note series of smartphones. it was succeeded by the Galaxy Tab S series as it bundled the S Pen in-box.

## See also [edit]

- Samsung Galaxy
- Samsung Galaxy Book
- Samsung Galaxy S series
- Samsung Galaxy A series
- Samsung Galaxy Note series
- Samsung Galaxy Tab S series
- Android OS
- Tablet PC
- Barnes & Noble Nook (Samsung Galaxy Tab Nook)
- Windows

## References [edit]

1. ^ Tim Gideon (24 August 2010). "Samsung Galaxy Tablet Coming in September". *PC Magazine*. Retrieved 4 Dec 2010.
2. ^ "Samsung Galaxy Tab Active 2". *GSMArena*. Retrieved 2023-11-06.
3. ^ "Samsung Galaxy Tab Active Pro". *GSMArena*. Retrieved 2023-11-06.
4. ^ "Samsung Galaxy Tab Active3". *GSMArena*. Retrieved 2023-11-06.
5. ^ "Samsung Galaxy Tab Active4 Pro". *GSMArena*. Retrieved 2023-11-06.
6. ^ "Samsung Galaxy Tab Active5".

## External links [edit]

- Samsung Galaxy Tab



Wikimedia Commons has media related to *Samsung Galaxy Tab*.

| | | | |
|---|---|---|---|
| v • T • E | Samsung Galaxy Tab series | | [show] |
| v • T • E | Android tablet computers | | [show] |
| v • T • E | Ebooks | | [show] |
| v • T • E | Samsung Electronics | | [show] |
| | Authority control databases ✏ | | [show] |

Categories: Samsung Galaxy Tab series | Android (operating system) devices | Products introduced in 2010

This page was last edited on 1 February 2026, at 06:58 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike 4.0 License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy   About Wikipedia   Disclaimers   Contact Wikipedia   Legal & safety contacts   Code of Conduct   Developers   Statistics   Cookie statement   Mobile view


