# EXHIBIT 15

SAMSUNG | Shop Mobile TV & AV Appliances Computers & Monitors Wearables Accessories | Support For Business | Search

# Tablets

- Galaxy Tab S
- Galaxy Tab A
- Compare
- Accessories
- All Tablets

Tablets | Offers  Compare  Feature Favorites  Inspiration  Connected Experience



**Ultra portable. Super powerful.**

Get up to $600 instant trade-in credit⁰ toward Galaxy Tab S11 Series.

Buy now

## Meet our Galaxy Tabs



**Galaxy Tab S11 Series**
Powerful meets thin. Made smarter with AI.¹
Buy now — Learn more

**Galaxy Tab S10 Series**
Experience Galaxy AI on a giant screen.
Buy now — Learn more

**Galaxy Tab S10 FE Series**
Fuel your entertainment needs.
Buy now — Learn more

**Galaxy Tab S10 Lite**
Fun where it counts. Practical where it matters.
Buy now — Learn more

**Galaxy Tab A11+** (NEW)
Power that moves with your family.
Buy now — Learn more



## Made smarter with AI



### Galaxy Tab S11 Series

Amplify your everyday with expansive displays, uncompromising power and the impressive durability of Galaxy Tab S11 Series.

Learn more    Buy now

## Explore offers



| Galaxy Tab S11 Series | Galaxy Tab S10+ | Galaxy Tab S10 FE Series | Galaxy Tab S10 Lite |
|---|---|---|---|
| Get up to $600 instant trade-in credit.θ | Save up to $260+ with instant trade-in credit.θ | Save up to $250 with instant trade-in credit or $150 off without trade-in.θ | Save up to $85+ with instant trade-in credit or 60 off without trade-in.θ |
| Buy now | Buy now | Buy now | Buy now |

## Compare Galaxy Tabs

| | Galaxy Tab S11 Ultra | Galaxy Tab S11 | Galaxy Tab S10 Lite | Galaxy Tab A11+ |
|---|---|---|---|---|
| Galaxy AI[1] | ✓ | ✓ | —— | —— |
| Color | Gray | Gray | Gray | Gray |



Case No. 1:19-cv-00438-DDD-CYC   Document 123-19   filed 03/09/26   USDC Colorado   pg 5 of 12






Sign up

# Top Galaxy Tab features



**01** Galaxy AI and S Pen productivity

S Pen lets you seamlessly access AI productivity tools to help with writing, math and more.[6]

**02** Ultra-thin AMOLED displays

**03** Industry-leading durability

**04** Long-lasting battery

**05** On-the-spot AI assistance

# More power for your passions

Creator | Streamer | Multitasker | Tech enthusiast

Document title: Samsung Galaxy Tablets: Mobile &amp; Computer Tablets | Samsung US
Capture URL: https://www.samsung.com/us/tablets/
Capture timestamp (UTC): Tue, 03 Mar 2026 14:19:36 GMT
Page 4 of 9





**S Pen**
Seize inspiration when it strikes with S Pen.

**Book Cover Keyboard**
Switch to laptop mode in a snap.

**Front Camera**
Don't miss a moment with clear front cameras.

## The connected power of Samsung Galaxy

Sync, share and seamlessly connect across your Samsung smartphone, laptop, Tab, Buds and Watch. Galaxy works together to bring your world closer.

**Call/Text from any device**
Never miss an important message again. Call and text across your smartphone, Watch, Tab and PC.

Learn more

**Quick Share large files**
No more emailing files to yourself. Directly share large files between nearby devices with just a few taps.[9]

Learn more

**Upgraded video calls**
Want more space to connect face-to-face? Transfer Google Meet video calls from phone to laptop or tablet.[10]

Learn more

## Plug into PC-like productivity

Add the Book Cover Keyboard Slim to your Galaxy Tab to create the ultimate work and play powerhouse.

Shop now

## Galaxy goes beyond tablets










## Tech to promote mental wellbeing

**Optimize exercise**
Boost health with the Galaxy Watch Ultra, optimizing exercise through advanced analytics and real-time stats.
Buy now

**AI-powered health insights**
With the Galaxy Ring, help connect mind and body with heart health metrics, detailed insights and personalized reports.[11]
Buy now

**Tune into relaxation**
Enhance mindfulness and tranquility with the Galaxy Buds3 Pro's cutting-edge noise cancelling technology.
Buy now

## Galaxy tablets for business


**productivity**

Add the Book Cover Keyboard Slim to your Galaxy Tab to create the ultimate work and play powerhouse.

Shop now



## Galaxy goes beyond tablets






ones | Galaxy Books | Watches | Galaxy Buds | Accessories

## Tech to promote mental wellbeing





...ze exercise | AI-powered health insights | Tune into relaxation

...Watch Ultra, optimizing exercise through advanced analytics and real-time stats. | With the Galaxy Ring, help connect mind and body with heart health metrics, detailed insights and personalized reports.[11] | Enhance mindfulness and tranquility with the Galaxy Buds3 Pro's cutting-edge noise cancelling technology.

Buy now | Buy now | Buy now

Have questions? Chat with an Expert now!

  










Samsung Trade-In Program, and if Samsung determines your trade-in device meets all eligibility requirements, you will receive a trade-in credit specific to your qualifying trade-in device to apply toward your Qualifying Purchase. Device models that currently qualify for trade-in and trade-in credit amounts associated with those models are available on Samsung.com and the Shop Samsung App; eligible models and amounts may change at Samsung's sole discretion. To be eligible for trade-in, your qualifying device must meet all Trade-In Program eligibility requirements, which include, but are not limited to, that the device powers on, holds a charge, and does not power off unexpectedly; has a functioning display; has no breaks or cracks in the screen (unless a cracked screen offer applies); has no breaks or cracks in the case; has no liquid damage (whether visible or not); has no other defects that go beyond normal wear and tear; is not on a black list; has a verified FCC ID; has been reset to factory settings; has all personal information removed; has all software locks disabled; and is owned by you (leased devices are not eligible). Anticipated trade-in value will be applied as a credit at time of purchase, but, if you do not send in your trade-in device within 15 days of receipt of your Qualifying Purchase, you will be charged back for the trade-in credit applied to your purchase, or if you send in your trade-in device within 15 days of receipt of your Qualifying Purchase but Samsung determines your device does not meet all eligibility requirements, you will be charged back for the trade-in credit applied to your purchase minus $25. Participation in this program does not excuse you from contracts with your carrier or retailer (or any related payments or fees) for the device that was traded in. Limit 1 trade-in per Qualifying Purchase. Samsung reserves the right to modify or discontinue this offer at any time. The Trade-In Program cannot be combined with any other Samsung, carrier or retailer promotions, discounts, or offers unless specifically provided for in the terms and conditions of such offers. Additional terms, including terms that govern the resolution of disputes, apply. Click here to learn more.

[1] Galaxy AI basic features provided by Samsung are free. Any Samsung enhanced AI features and all third-party AI features are subject to different terms and may be subject to fees. (Galaxy AI basic features are listed under "Advanced Intelligence" in Samsung Services Terms and Conditions).

[2] Consistent with IP68 rating, water resistant in up to 5 feet of water for up to 30 minutes. Rinse residue / dry after wet.

[3] Based on local, 720p resolution video playback, default video player (full screen), 162 nit brightness, earbud volume 7, Wi-Fi and mobile network off. Results vary with settings, usage and other factors.

[4] Portion of storage/memory occupied by existing content.

[5] MicroSD card sold Separately.

[6] For text in Samsung Notes only (200 – 4,000 characters); requires Samsung account login and internet connection.

[7] Results for illustrative purposes and may vary. Check responses for accuracy. Compatible with certain features and with certain accounts. Internet connection required. Available on select devices, languages, and countries. Only available to users 18 years and older.

[8] Network or Wi-Fi connection required. Each device should be registered with a single Samsung Account.

[9] Quick Share requires sender and receiver to have Galaxy smartphones and Galaxy Tablets with Android OS version 10.0 (Q) and One UI 2.1 or above. Requires Wi-Fi and Bluetooth connection.

[10] Google Meet is a trademark of Google LLC. UX/UI subject to change. Google Meet App availability may vary by country and region.

[11] Select Galaxy AI features require compatible Samsung Galaxy phone.

## SHOP
Shop Home
Buy Direct Get More
Discover AI
SmartThings
Samsung Rewards
Samsung Offer Programs
Samsung Care+
Samsung Experience Stores
Samsung Trade-in
Apps & Services
Certified Re-Newed
For Business
Samsung Authorized Reseller Program
Explore

## PRODUCT
Galaxy Smartphone
Galaxy Tab
Galaxy Book
Galaxy Watch
Galaxy Buds
TVs
Projectors
Sound Devices
Refrigerators
Dishwashers
Laundry
Vacuum Cleaners
Monitors
Memory & Storage
Accessories

## SUPPORT
Support Home
Manual & Software
Warranty Information
Service Center
Request a Repair
Track Repair
Order Help ↗
Returns ↗
Contact Us
Chat
Samsung Community ↗
Slide-in Electric Range Recall
How to Recycle ↗

## ACCOUNT
Why Samsung Account
Samsung Rewards
Orders
My Page
Product Registration
Samsung Account FAQ

## SUSTAINABILITY
Overview
Environment
Digital Responsibility
Security and Privacy
Accessibility
Labor & Human Rights
Belonging & Culture
Sustainable Supply Chain
Corporate Citizenship ↗
Corporate Sustainability ↗
U.S. Sustainability

## ABOUT US
Leadership & Mission
Our Business
Brand Identity
Careers
Investor Relations ↗
Newsroom ↗
Ethics
Samsung Design ↗




Copyright© 1995-2026 SAMSUNG. All Rights Reserved.

USA/ENGLISH | Privacy | Do Not Sell Or Share My Personal Information | Consumer Health Data Privacy Statement | Legal | Accessibility Help | Sitemap    STAY IN THE LOOP?   

your Qualifying Purchase. Device models that currently qualify for trade-in and trade-in credit amounts associated with those models are available on Samsung.com and the Shop Samsung App; eligible models and amounts may change at Samsung's sole discretion. To be eligible for trade-in, your qualifying device must meet all Trade-In Program eligibility requirements, which include, but are not limited to, that the device powers on, holds a charge, and does not power off unexpectedly; has a functioning display; has no breaks or cracks in the screen (unless a cracked screen offer applies); has no breaks or cracks in the case; has no liquid damage (whether visible or not); has no other defects that go beyond normal wear and tear; is not on a black list; has a verified FCC ID; has been reset to factory settings; has all personal information removed; has all software locks disabled; and is owned by you (leased devices are not eligible). Anticipated trade-in value will be applied as a credit at time of purchase, but, if you do not send in your trade-in device within 15 days of receipt of your Qualifying Purchase, you will be charged back for the trade-in credit applied to your purchase, or if you send in your trade-in device within 15 days of receipt of your Qualifying Purchase but Samsung determines your device does not meet all eligibility requirements, you will be charged back for the trade-in credit applied to your purchase minus $25. Participation in this program does not excuse you from contracts with your carrier or retailer (or any related payments or fees) for the device that was traded in. Limit 1 trade-in per Qualifying Purchase. Samsung reserves the right to modify or discontinue this offer at any time. The Trade-In Program cannot be combined with any other Samsung, carrier or retailer promotions, discounts, or offers unless specifically provided for in the terms and conditions of such offers. Additional terms, including terms that govern the resolution of disputes, apply. Click here to learn more.

[1] Galaxy AI basic features provided by Samsung are free. Any Samsung enhanced AI features and all third-party AI features are subject to different terms and may be subject to fees. (Galaxy AI basic features are listed under "Advanced Intelligence" in Samsung Services Terms and Conditions).

[2] Consistent with IP68 rating, water resistant in up to 5 feet of water for up to 30 minutes. Rinse residue / dry after wet.

[3] Based on local, 720p resolution video playback, default video player (full screen), 162 nit brightness, earbud volume 7, Wi-Fi and mobile network off. Results vary with settings, usage and other factors.

[4] Portion of storage/memory occupied by existing content.

[5] MicroSD card sold Separately.

[6] For text in Samsung Notes only (200 – 4,000 characters); requires Samsung account login and internet connection.

[7] Results for illustrative purposes and may vary. Check responses for accuracy. Compatible with certain features and with certain accounts. Internet connection required. Available on select devices, languages, and countries. Only available to users 18 years and older.

[8] Network or Wi-Fi connection required. Each device should be registered with a single Samsung Account.

[9] Quick Share requires sender and receiver to have Galaxy smartphones and Galaxy Tablets with Android OS version 10.0 (Q) and One UI 2.1 or above. Requires Wi-Fi and Bluetooth connection.

[10] Google Meet is a trademark of Google LLC. UX/UI subject to change. Google Meet App availability may vary by country and region.

[11] Select Galaxy AI features require compatible Samsung Galaxy phone.

## SHOP
- Shop Home
- Buy Direct Get More
- Discover AI
- SmartThings
- Samsung Rewards
- Samsung Offer Programs
- Samsung Care+
- Samsung Experience Stores
- Samsung Trade-in
- Apps & Services
- Certified Re-Newed
- For Business
- Samsung Authorized Reseller Program
- Explore

## PRODUCT
- Galaxy Smartphone
- Galaxy Tab
- Galaxy Book
- Galaxy Watch
- Galaxy Buds
- TVs
- Projectors
- Sound Devices
- Refrigerators
- Dishwashers
- Laundry
- Vacuum Cleaners
- Monitors
- Memory & Storage
- Accessories

## SUPPORT
- Support Home
- Manual & Software
- Warranty Information
- Service Center
- Request a Repair
- Track Repair
- Order Help ↗
- Returns ↗
- Contact Us
- Chat
- Samsung Community ↗
- Slide-in Electric Range Recall
- How to Recycle ↗

## ACCOUNT
- Why Samsung Account
- Samsung Rewards
- Orders
- My Page
- Product Registration
- Samsung Account FAQ

## SUSTAINABILITY
- Overview
- Environment
- Digital Responsibility
- Security and Privacy
- Accessibility
- Labor & Human Rights
- Belonging & Culture
- Sustainable Supply Chain
- Corporate Citizenship ↗
- Corporate Sustainability ↗
- U.S. Sustainability

## ABOUT US
- Leadership & Mission
- Our Business
- Brand Identity
- Careers
- Investor Relations ↗
- Newsroom ↗
- Ethics
- Samsung Design ↗

Copyright© 1995-2026 SAMSUNG. All Rights Reserved.






