**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00438-DDD-CYC

CELLECT, LLC, a Colorado Limited Liability Company,

              Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, and
SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation,

              Defendants.

---

**ORDER GRANTING CELLECT, LLC'S MOTION
FOR LEAVE TO AMEND COMPLAINT**

---

This matter comes before the Court on Cellect's Motion For Leave to Amend Complaint ("Motion"). Cellect's Motion is hereby **GRANTED** and Cellect may have leave to amend complaint.

Dated this _____ day of _____, 2026.

                              **BY THE COURT:**

                              _____